Same case below, 405 Fed. Appx. 98.

**No. 10-10598. Carmine Graziano, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3046, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4603.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 965.

**No. 10-10600. Billy G. Harris, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3047, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4776.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 391 Fed. Appx. 740.

**No. 10-10601. Christopher Reginald Hines, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3046, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4625,

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 381 Fed. Appx. 306.

**No. 10-10602. James E. Gambrell, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3047, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4596.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10603. Jerome Harris, Jr., Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3046, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4604.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10609. Jason Renard Walker, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3047, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4683.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 384.

**No. 10-10610. Justin Eugene Taylor, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3047, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4624.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-10613. David Llamas-Gonzales, Petitioner v. United States.**

564 U.S. 1029, 131 S. Ct. 3047, 180 L. Ed. 2d 863, 2011 U.S. LEXIS 4783.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 936.